1  BRIAN PAUL TERRY by
2  TERRY, Brian Paul, Agent
   11111 Jefferson Boulevard
3  Post Office Box 5342
4  Culver City California DMM 602 1.3e(2)
5  Special Limited Visitation

FILED
AUG 18 2017
CLERK U.S. [BANKRUPTCY] COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

6

7

8           **UNITED STATES BANKRUPTCY COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10               **LOS ANGELES DIVISION**

11  In Re:                          | Case No.: 2:16-bk-26972-WB
                                    | Chapter 13
12  BRIAN PAUL TERRY,               |
13          Debtor.                 | NOTICE OF ERRATA RE NOTICE,
                                    | MOTION AND AFFIDAVIT OF BRIAN
14                                  | PAUL TERRY TO REOPEN CASE;
                                    | OBJECTIONS TO DISCHARGE OF
15                                  | CHAPTER 13 TRUSTEE
16                                  | **Hearing**:
17                                  | Date:
                                    | Time
18                                  | Courtroom:
19

20       TO:    THE  HONORABLE  JULIA  W  BRAND,  UNITED  STATES

21  BANKRUPTCY JUDGE; PETER C ANDERSON, UNITED STATES TRUSTEE;

22  Nancy K Curry, Chapter 13 Trustee, and all other interested parties:

23       PLEASE  TAKE  NOTICE  BRIAN  PAUL  TERRY,  Debtor,  hereby gives

24  notice of and submits this NOTICE OF ERRATA to correct prior filings, namely

25  Debtor's NOTICE, MOTION AND AFFIDAVIT OF BRIAN PAUL TERRY TO

26  REOPEN CASE.

27       This Notice of and Objection is based on good cause existing to allow the

28  administration of the estate and require the Chapter 13 Trustee to facilitate the

1  administration of the noncash items delivered to the lock-box of the Trustee, to
2  repay Claimants and facilitate the payment of taxes.

3      The Objections to discharge of the Chapter 13 Trustee, and Notice of and
4  Motion to Reopen Case, and Affidavit in support thereof, filed previously herein,
5  inadvertently requested the relief to reopen the case.

6      The case, not being closed, this Errata is submitted to correct the problem
7  with the previous filings, and to notice proper objections by the Debtor to the
8  Motion of the Chapter 13 Trustee, for discharge on the grounds, set forth below.

9      The Objection to discharge is made on the grounds that the case was
10  dismissed, primarily for failure of the Debtor to attend the rescheduled Confirmation
11  Hearing.

12      Debtor's absence was a result of, at worst, misinformation causing the
13  excusable neglect regarding the time of the Confirmation Hearing.

14      Debtor had no actual or record notice of the time set for the Confirmation
15  Hearing, and the resulting case dismissal has caused Debtor denial of due process.

16      The administrator of the estate of the debtor, in possession, is fully able to
17  administrator the claims.

18      The case is appropriate and postured for administration through the Court to
19  settle the allowed debt claims of the Creditors, afford the estate protection, assure
20  payment of taxes and relieve Debtor from the alleged defaults of debt repayment.

21      As the declaration of BRIAN PAUL TERRY states, the dismissal was
22  occasioned by excusable lack of notice of the actual time for the hearing.

23      The Chapter 13 Trustee's expertise and access is necessary, at this point to
24  facilitate the application of prepayment of the non-cash items previously and
25  currently received by Debtor from some Claimants for deposit and debt repayment.

26      Debtor has completed the ACH deposit agreement provided by the Chapter 13
27  Trustee and mailed these items to the lock-box of the Chapter 13 Trustee.

28      These repayment instruments, from two of the largest principal claimants

NOTICE OF ERRATA RE NOTICE, MOTION AND AFFIDAVIT OF
BRIAN PAUL TERRY TO REOPEN CASE; OBJECTIONS TO DISCHARGE OF CHAPTER 13 TRUSTEE
BPT-2:16-bk-26972-WB/ERR/TTEE_OBJ

1 | against the bankruptcy estate, Wells Fargo Bank, N.A., and Fay Servicing LLC for
2 | WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a CHRISTIANA TRUST,
3 | not in its individual capacity, but solely as trustee for BCAT 2015-14BTT, will
4 | settle and repay their claimed debt, resolve the obligations, reduce the public debt,
5 | facilitate the payment of tax reporting and tax payment and release the United States
6 | sureties and assurance companies from obligation for the debts.

7 | The Chapter 13 Trustee has not yet been discharged; the sustaining of the
8 | objections will allow the assets deposited with the Chapter 13 Trustee in the case to
9 | be administered; relief can then be accorded the Debtor and claims of creditors can
10 | be repaid and settled.

11 | Wherefore, the undersigned respectfully requests the Court sustain Debtor's
12 | objections to discharge of the Chapter 13 Trustee on the grounds and for the reasons
13 | set forth herein.

14 | DATED: August __17__, 2017        Respectfully submitted
15 |                                   BRIAN PAUL TERRY by
                                       Terry Brian Paul
16 |
17 |                                   By: _____ Without Recourse Accommodation Only
18 |                                   Owner/Grantor, Agent, Beneficiary, Claimant

NOTICE OF ERRATA RE NOTICE, MOTION AND AFFIDAVIT OF
BRIAN PAUL TERRY TO REOPEN CASE; OBJECTIONS TO DISCHARGE OF CHAPTER 13 TRUSTEE
BPT-2:16-bk-26972-WB/ERR/TTEE_OBJ

AFFIDAVIT

BRIAN PAUL TERRY, by agent, states:

Terry Brian Paul, for BRIAN PAUL TERRY, Debtor, hereby timely objects to the discharge of the Chapter 13 Trustee.

Debtor, states:

1.    Debtor has filed the within Errata correcting the filings for a Motion to Reopen the Bankruptcy and noticing objections to discharge.

2.    The Chapter 13 Trustee is a United States Trustee Program designee and public trust fiduciary, in the administration of the estate.

3.    The Chapter 13 Trustee was appointed, and is a fiduciary, and given a limited special power of attorney by the attorney-in-fact agent for the United States Social Security Administration, the Debtor herein.

4.    The Chapter 13 Trustee is required to facilitate the provision of relief by repayment allowed to claimants, to protect the debtor and the estate, and facilitate tax reporting and payment.

5.    Debtor has forwarded appropriate repayment documents to the Chapter 13 Trustee's lock box, for deposit and use by the Trustee in the settlement and discharge the debts, including taxes, if any, against the estate.

6.    Debtor, therefore, has in fact effected the repayment of primary obligations, in the manner authorized by public policy and discharge of the Chapter 13 Trustee would be improper.

7.    Debtor filed a voluntary Petition, under Chapter 13, on December 29, 2016.

8.    Debtor complied with all filing requirements.

9.    Debtor t received a notice from the Chapter 13 Trustee objecting to confirmation of the plan.

10.    The Chapter 13 filed the Notice of Objection and Objection to Confirmation of Chapter 13 Plan on February 09, 2017, for the Confirmation

1 | Hearing on March 08, 2017.

2 |     11.    The Chapter 13 Trustee filed a First Supplemental Objection to

3 | Confirmation of Plan on March 03, 2017, five days prior to the March 08, 2017

4 | Confirmation Hearing Date.

5 |     12.    At the hearing, the Court rescheduled the confirmation and motions

6 | objecting to confirmation.

7 |     13.    The Confirmation Hearing was orally rescheduled by the Court, the

8 | Honorable Judge Julia W Brand, presiding, from March 08, 2017 to April 12, 2017,

9 | with no time specified.

10 |     14.    Debtor's recollection is that the time of the hearing was not given, but

11 | that the hearing would be concurrent with the objections filed by the various

12 | objectors, to confirmation.

13 |     15.    Debtor further recollects that the time of the hearing would be

14 | confirmed by the service of written notice from the Court, Trustee, and/or Claimants

15 | objecting to the plan.

16 |     16.    No notice came from the Court, but notice of hearing came from the

17 | Trustee and one of the objecting claimants, Wells Fargo Bank, N.A.

18 |     17.    The Trustee's Notice caused Debtor to rely on the information therein

19 | indicating that the objections to confirmation and the objections to the claim of

20 | exemption, would be heard and disposed at the Confirmation Hearing on April 12,

21 | 2017, at 1:30 p.m. A correct copy of the Trustee's Notice page containing the date

22 | and time of hearing is attached as Exhibit "1."

23 |     18.    On March 10, 2017, one day after the Trustee filed the third set of

24 | objections to confirmation, the Court clerk set, as previously referenced, the date

25 | and time of the confirmation hearing in the docket. Exhibit "2," Docket Entry #30.

26 |     19.    This information is corroborated by the Court record, as Docket Entry

27 | #30 which reads:

28 |     20.    "Hearing set Doc 29 Filed 03/09/17 Objection to Debtor's Claim of

1  Exemption.  The Hearing date is set for 4/12/2017 at 01:30 PM at Crtrm 1375, 255

2  E Temple St., Los Angeles, CA 90012.  The case judge is Julia W. Brand

3  (Kaaumoana, William) (Entered:  03/10/2017)." A correct copy of the specific

4  referenced Docket Entry #30, at page 8 of 10, dated 5/3/17, run by Declarant shortly

5  after the hearing, which contains this docket entry is attached as Exhibit "2."

6       21.  The date and time set by the Court clerk for confirmation and hearing

7  of objections was:  April 12, 2017, at 1:30 p.m.  Exhibit "2," Docket Entry #30.

8       22.  The entire docket, as then obtained, reflects only the following dates

9  and times for confirmation hearings:

10       a.  Docket Entry #2, which reflects both the 341 Meeting of

11  Creditors and the first scheduled Confirmation Hearing date and time; and

12       b.  Docket Entry #30, as stated, reflecting the rescheduled hearing

13  on April 12, 2017 at 1:30 p.m.

14       23.  Another fact, upon which Debtor relied for the date and time of

15  hearing, was that counsel for Claimant Wells Fargo Bank, N.A. filed its Amended

16  Objection to Confirmation of Amended Chapter 13 Plan and Request for Dismissal

17  with the Court.

18       24.  The filing was electronic on April 11, 2017, at 1:13 p.m., one day prior

19  to the hearing, The Notice stated the date and time for "Confirmation Hearing" as:

20  "April 12, 2017; 1:30 p.m.; Courtroom 1375."  A correct copy of the Notice page of

21  the Amended Objection filed by Wells Fargo Bank, N.A., containing the date and

22  time for the Confirmation Hearing is attached as Exhibit "3."

23       25.  Debtor learned of the untimely and unserved filing by Counsel for

24  Claimant Wells Fargo Bank, N.A., by accessing PACER.

25       26.  By so doing, the further reliance by Debtor on the incorrectly stated

26  time was obtained by reviewing Docket Entry #31, describing the electronic filing

27  of an amended Objection to Confirmation of the Plan, with the Court on April 11,

28  2017 at 1:13 p.m.  Service was on Debtor by mail and was received the following

1   week.   The Amended Objection stated the date and time for hearing: "April 12,
2   2017; 1:30 p.m.; Courtroom 1375."   A correct copy of the specific referenced
3   Docket Entry #31, again at page 8 of 10, dated 5/3/17, which contains this docket
4   entry is attached as Exhibit "4."

5       27.   There is no entry in the entire docket reflecting a hearing on April 12,
6   2017 for any time other than the 1:30 p.m. hearing.

7       28.   Debtor only had notice of the hearing at 1:30 p.m.

8       29.   The Debtor has viable responses to the objections of the Trustee,
9   submitted in the joint Errata and Notice of Objections.

10      30.   All of the objections raised by the Trustee are capable of disposition
11  favorably had Debtor been properly noticed of the date and time of the hearing.

12      31.   In addition, the Debtor will deposit under public policy provision and
13  allowances, the certificates of indebtedness required to repay the obligations
14  scheduled.

15      32.   Debtor, with assisting designated public trust fiduciaries, will effect
16  reconciliation of the account for repayment to settle and close the debt transaction
17  accounts of Claimants.

18      33.   The opportunity for debtor to return the tax owed and come back into
19  honor will be afforded by the denial of the Motion for discharge of the Chapter 13
20  Trustee and Dismissal of the case.

21      34.   Further, Debtor will be able to assist in a small reduction of the public
22  debt.

23      35.   Debtor, in any case, has in the record, the injury for sustained years
24  from this voluntary bankruptcy filing, without any of the relief that would otherwise
25  be available to the Debtor, as well as remedy for the Claimants, by grant of the
26  motion.

27      36.   As stated previously, BRIAN PAUL TERRY will settle all debts,
28  whether scheduled or unscheduled and whether validated, disputed, contingent,

1  undisputed, or unscheduled, in the Bankruptcy proceeding of TERRY, BRIAN,

2  Bankruptcy Estate, through the Bankruptcy Court, with the assistance of the United

3  States Trustee Program, Executive Director, Clifford J. White III , Executive Office

4  for U.S. Trustees, 441 G Street, NW, Suite 6150, Washington, DC 20530; William

5  K. Harrington, United States Trustee (Region 2), U.S. FEDERAL OFFICE

6  BUILDING, 201 VARICK STREET, ROOM 1006, NEW YORK, NY 10014; Peter

7  Anderson, United States Trustee (Region 16), 915 WILSHIRE BLVD., SUITE

8  1850, LOS ANGELES, CA 90017, and appointed Chapter 13 Trustee, Nancy Curry,

9  1000 Wilshire Boulevard, Suite 870, Los Angeles, California, and the standing,

10  transactional and   appointed fiduciaries placed for the administration of the

11  bankruptcy estate.

12      37.    No financing statement filings have been made as of the date of this

13  Affidavit.

14      38.    No application for a bankruptcy estate employer identification number,

15  "EIN," has been made to the issuing revenue agency, as of the date of this Affidavit.

16      39.    BRIAN PAUL TERRY has worked and cooperated, and will continue

17  to work and cooperate with the Honorable Court, Trustee's, fiduciaries,

18  beneficiaries, Creditors, and all Claimants of the Debtor and Bankruptcy Estate, in

19  the administration and settlement of the debt and credits existing within the estate

20  for discharge and offset.

21      40.    To this extent, the limited and special power of attorney previously

22  filed, as well as the fiduciary appointments previously made, are still in effect.

23      41.    Where it is deemed necessary or expedient, the undersigned will effect

24  the repayment of obligation, in the manner authorized by public law.

25

26

27

28

NOTICE OF ERRATA RE NOTICE, MOTION AND AFFIDAVIT OF
BRIAN PAUL TERRY TO REOPEN CASE; OBJECTIONS TO DISCHARGE OF CHAPTER 13 TRUSTEE
BPT-2:16-bk-26972-WB/ERR/TTEE_OBJ

1        I affirm and state that the foregoing are the facts, under penalty of perjury of

2    the laws of the United States.

3    DATED: August __17__, 2017

4                        Respectfully submitted

5                        BRIAN PAUL TERRY, by
                    Terry Brian Paul by

6

7                        By: MP _____ (CCA-308; 4-401(b); 3-419; Accommodation Only, Without Recourse

8                        Grantor/Owner, Beneficiary, Claimant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA RE NOTICE, MOTION AND AFFIDAVIT OF
BRIAN PAUL TERRY TO REOPEN CASE; OBJECTIONS TO DISCHARGE OF CHAPTER 13 TRUSTEE
BPT-2:16-bk-26972-WB/ERR/TTEE_OBJ

# EXHIBIT "1"

Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
TEL: (213) 689-3014
FAX: (213) 689-3055

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>BRIAN TERRY,<br><br><br><br><br><br><br>Debtor. | ) **Case No.: 2:16-bk-26972-WB**<br>)<br>) Chapter 13<br>)<br>) **NOTICE OF OBJECTION AND**<br>) **OBJECTION TO DEBTOR'S CLAIM OF**<br>) **EXEMPTION; MEMORANDUM OF POINTS**<br>) **AND AUTHORITIES; DECLARATION IN**<br>) **SUPPORT THEREOF**<br>)<br>) Date: April 12, 2017<br>) Time: 1:30 p.m.<br>) Ctrm: 1375<br>)       255 E. Temple Street,<br>)       Los Angeles, CA 90012<br>)<br>) |

**TO THE HONORABLE JULIA BRAND, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee hereby files this Objection to Debtor's Claim of Exemption because the Debtor has failed to specify the California code section to claim exemption in his real property.

# EXHIBIT "2"

| | | |
|---|---|---|
| | | Amended Schedule J: Your Expenses (Official Form 106J) , Amended Verification of Master Mailing List of Creditors (LBR Form F1007-1) , Amended Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Brian Terry (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Kaaumoana, William) (Entered: 03/02/2017) |
| 03/02/2017 | | Receipt of Amendment Filing Fee - $31.00 by 20. Receipt Number 20216594. (admin) (Entered: 03/02/2017) |
| 03/03/2017 | 27 (6 pgs) | Objection to Confirmation of Chapter 13 Plan : *Trustee's First Supplemental Objection to Confirmation of Plan with Proof of Service.* (Curry (TR), Nancy) (Entered: 03/03/2017) |
| 03/07/2017 | 28 (33 pgs) | Objection to Confirmation of Plan *with Proof of Service and Exhibits* Filed by Creditor Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015- 14BTT (RE: related document(s)23 Amended Chapter 13 Plan (LBR F3015-1) Filed by Debtor Brian Terry.). (Delmotte, Joseph) (Entered: 03/07/2017) |
| 03/09/2017 | 29 (9 pgs) | Objection to Debtor's Claim of Exemptions : *Notice of Objection and Objection to Debtor's Claim of Exemption; Memorandum of Points and Authorities; Declaration in Support Thereof with Proof of Service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 03/09/2017) |
| 03/10/2017 | 30 | Hearing Set Doc 29 Filed 03/09/17 Objection to Debtors Claim of Exemption. The Hearing date is set for 4/12/2017 at 01:30 PM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. The case judge is Julia W. Brand (Kaaumoana, William) (Entered: 03/10/2017) |
| 04/11/2017 | 31 (21 pgs) | Objection to Confirmation of Plan *Amended with Exhibits and Proof of Service* Filed by Creditor WELLS FARGO BANK, N.A. (RE: related document(s)23 Amended Chapter 13 Plan (LBR F3015-1) Filed by Debtor Brian Terry.). (Delmotte, Joseph) (Entered: 04/11/2017) |

5/3/17, 12:26 PM

# EXHIBIT "3"

1   Joseph C. Delmotte (SBN 259460)
    jdelmotte@aldridgepite.com
2   Megan E. Lees (SBN 277805)
    mlees@aldridgepite.com
3   **ALDRIDGE PITE, LLP**
    4375 Jutland Drive, Suite 200
4   P.O. Box 17933
    San Diego, CA 92177-0933
5   Telephone: (858) 750-7600
    Facsimile:  (619) 590-1385
6

7   Attorneys for *Secured Creditor*
    Wells Fargo Bank, N.A.
8

9                   **UNITED STATES BANKRUPTCY COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

11   | In re | Case No. 2:16-bk-26972-WB |
     | --- | --- |
12   | BRIAN TERRY, | Chapter 13 |
13   |        Debtor. | **AMENDED OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN AND REQUEST FOR DISMISSAL** |

14

15

16                        341(a) MEETING:
                          DATE:       February 8, 2017
17                        TIME:       10:00 AM
                          PLACE:      RM 1, 915 Wilshire Blvd.,
18                                    10th Floor
                                      Los Angeles, CA 90017
19                        CONFIRMATION HEARING:
                          DATE:       April 12, 2017
20                        TIME:       1:30 P.M.
                          CTRM:       1375
21

22          Wells Fargo Bank, N.A.[1] (hereinafter "Creditor"), secured creditor of the above-entitled

23   debtor, Brian Terry (hereinafter "Debtor"), hereby objects to the Amended Chapter 13 Plan filed by

24   Debtor in the above-referenced matter and requests that the case be dismissed. The objection is

25   based on Creditor's proof of claim number 3, the request for judicial notice herein, the authorities

26   ---

27   [1] This Objection to Confirmation of Amended Chapter 13 Plan and Request for Dismissal shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

28

# EXHIBIT "4"

| | | |
|---|---|---|
| | | Amended Schedule J: Your Expenses (Official Form 106J) , Amended Verification of Master Mailing List of Creditors (LBR Form F1007-1) , Amended Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Brian Terry (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Kaaumoana, William) (Entered: 03/02/2017) |
| 03/02/2017 | | Receipt of Amendment Filing Fee - $31.00 by 20. Receipt Number 20216594. (admin) (Entered: 03/02/2017) |
| 03/03/2017 | 27 (6 pgs) | Objection to Confirmation of Chapter 13 Plan - *Trustee's First Supplemental Objection to Confirmation of Plan with Proof of Service*. (Curry (TR), Nancy) (Entered: 03/03/2017) |
| 03/07/2017 | 28 (33 pgs) | Objection to Confirmation of Plan *with Proof of Service and Exhibits* Filed by Creditor Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015- 14BTT (RE: related document(s)23 Amended Chapter 13 Plan (LBR F3015-1) Filed by Debtor Brian Terry.). (Delmotte, Joseph) (Entered: 03/07/2017) |
| 03/09/2017 | 29 (9 pgs) | Objection to Debtor's Claim of Exemptions : *Notice of Objection and Objection to Debtor's Claim of Exemption; Memorandum of Points and Authorities; Declaration in Support Thereof with Proof of Service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 03/09/2017) |
| 03/10/2017 | 30 | Hearing Set Doc 29 Filed 03/09/17 Objection to Debtors Claim of Exemption. The Hearing date is set for 4/12/2017 at 01:30 PM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. The case judge is Julia W. Brand (Kaaumoana, William) (Entered: 03/10/2017) |
| 04/11/2017 | 31 (21 pgs) | Objection to Confirmation of Plan *Amended with Exhibits and Proof of Service* Filed by Creditor WELLS FARGO BANK, N.A. (RE: related document(s)23 Amended Chapter 13 Plan (LBR F3015-1) Filed by Debtor Brian Terry.). (Delmotte, Joseph) (Entered: 04/11/2017) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4733 Torrance Blvd, #678, Torrance, CA, 90503

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF ERRATA RE NOTICE, MOTION AND
AFFIDAVIT OF BRIAN PAUL TERRY TO REOPEN CASE; OBJECTIONS TO DISCHARGE OF CHAPTER 13
TRUSTEE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  08/18/2017_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honarale Julia W. Brand
United States Bankruptct Court / Edward G. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA, 90012

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/18/2017 | David Blank | *David Blank* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

PROOF OF SERVICE OF DOCUMENT / ADDITIONAL SERVICE LIST

UNITED STATES BANKRUPTCY TRUSTEE (Nancy Curry)
1000 Wilshire Blvd, Suite 870
Los Angeles, CA, 90017


UNITED STATES TRUSTEE (Peter C. Anderson) REGION 16
915 Wilshire Blvd, Suite 1850
Los Angeles, CA, 90017


WILMINGTON SAVINGS FUND SOCIETY, FSB
DOING BUSINESS AS CHRISTIANA TRUST
NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY
AS TRUSTEE FOR BCAT 2015-14BTT
500 Delaware Avenue, 11th Floor
Wilmington, Delaware, 19801


WELLS FARGO HOME MORTGAGE
PO Box 10335
Des Moines, Iowa, 50306


Aldridge-Pite, LLP
4375 Jutland Drive, Suite 200
San Diego, CA, 92117


Knuckles, Komosinski & Manfro, LLP
50 Tice Boulevard, Suite 183
Woodcliff Lake, NJ, 07677